Joshua Koltun (Bar No. 173040)
Attorney
101 California Street
Suite 2450, No. 500
San Francisco, California 94111
Telephone: 415.680.3410
Facsimile: 866.462.5959
joshua@koltunattorney.com

Attorney for Plaintiff
ADVANCE MAGAZINE PUBLISHERS INC.
d/b/a The Conde Nast Publications Inc.

E-FILED
AUG 20 2008

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCE MAGAZINE PUBLISHERS INC., d/b/a The Conde Nast Publications Inc., a New York Corporation<br><br>Plaintiff,<br><br>v.<br><br>PAUL SWANSON, an individual<br><br>Defendant. | Case No.: CV08- 522 PSG<br><br>[PROPOSED] **JUDGMENT**<br><br>Judge: The Honorable Philip S. Gutierrez |

Plaintiff Advance Magazine Publishers Inc. having applied *ex parte* for entry of default judgment by the Court and having requested reasonable attorneys fees to be set by the Court under Local Rule 55-3, the Court hereby orders Judgment to be entered in this case against Defendant Paul Swanson as follows:

1.  Judgment is granted for Plaintiff and against Defendant that that Defendant has

engaged in unfair competition and unlawful business practices, and have infringed and diluted Plaintiff's VOGUE Marks[1] in violation of federal and California law;

2.  Defendant, and any persons acting in concert with Defendant, are permanently enjoined from the the aforesaid wrongful and infringing acts and:

(i)  ~~from using the VOGUE marks in any manner whatsoever;~~

(ii)  from making any representation, statement or advertisement that is untrue or misleading, including but not limited to any statement that Defendant has any affiliation or relationship whatsoever with Plaintiff or any of its magazines, or that Defendant has any ability to submit articles or features or advertisements or advertorials or any material whatsoever for placement or potential placement in any publication of Plaintiff, including but not limited to *Vogue* magazine;

3.  Defendant is hereby ordered to:

(i)  account for all profits resulting from the foregoing wrongful and infringing acts,

(ii)  deliver up to the Plaintiff any and all materials in his possession, custody or control, or that of any persons acting in concert with him, that infringe the VOGUE marks; and to delete any use of the VOGUE marks on its Internet web pages;

(iii)  publish a notice to all persons to whom Defendant has made any representation after November 2006 that he had any affiliation with Plaintiff or with *Vogue* magazine, which notice shall disclaim any connection with Plaintiff and shall provide such persons with a copy of this Court's injunction order;

(iv)  to file with this Court and serve on Plaintiff, a report in writing under oath, setting forth in detail the manner and form in which Plaintiff has complied with this Court's injunctions;

4.  Defendant is ordered to pay Plaintiff's attorney fees in the amount of $11870.33.

//
//

---

[1] The term "VOGUE Marks" refers to the VOGUE trademarks and service marks relating to *Vogue* magazine, including Registration Nos. 69,530; 125,542; 504,006; 1,336,659, and No. 206,142 for the "AS SEEN IN VOGUE" Mark, and the other trademarks and service marks incorporating the term "Vogue," which are set forth in *Exhibit A* hereto.

5.  This Court retains jurisdiction over this case for the purpose of holding such further proceedings as may be necessary to modify this Court's injunction or otherwise to do justice.

Dated: ~~July~~ August 29, 2008

The Honorable Philip S. Gutierrez
United States District Judge

Joshua Koltun ATTORNEY

EXHIBIT A

Tuesday, December 11, 2007

# Trademark List

Page: 1

| Trademark | Case Number/Subcase Country Name | Application Number/Date | Publication Number/Date | Registration Number/Date | Status Next Renewal |
|---|---|---|---|---|---|
| AS SEEN IN VOGUE | T001223/ United States of America | 214646 21-May-1925 | | 206142 24-Nov-1925 | Registered 24-Nov-2015 |

*Class(es):* 16 Int.
*Client:* CONDE NAST PUBLICATIONS INC.
*Agent Name:* SABIN BERMANT & GOULD
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.
*Goods:* 16 - PRINTED ADVERTISING SIGNS

*Attorney(s):*
*Client Ref:* VOGUE
*Agent Ref:*

| L'UOMO VOGUE | T000026/ United States of America | 88932 01-Jun-1976 | | 1061237 15-Mar-1977 | Registered 15-Mar-2017 |
|---|---|---|---|---|---|

*Class(es):* 16 Int.
*Client:* CONDE NAST PUBLICATIONS INC.
*Agent Name:* SABIN BERMANT & GOULD
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.
*Goods:* 16 - FASHION AND ENTERTAINMENT MAGAZINE

*Attorney(s):*
*Client Ref:* VOGUE
*Agent Ref:*

| MANNER VOGUE | T000038/ United States of America | 74/030579 20-Feb-1990 | | 1622490 13-Nov-1990 | Registered 13-Nov-2010 |
|---|---|---|---|---|---|

*Class(es):* 16 Int.
*Client:* CONDE NAST PUBLICATIONS INC.
*Agent Name:* SABIN BERMANT & GOULD
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.
*Goods:* 16 - GENERAL INTEREST MAGAZINES

*Attorney(s):*
*Client Ref:* VOGUE
*Agent Ref:*

# Trademark List

| Trademark | Case Number/Subcase Country Name | Application Number/Date | Publication Number/Date | Registration Number/Date | Status Next Renewal |
|---|---|---|---|---|---|
| MEN'S VOGUE | T011486/ United States of America | 76/636233 18-Apr-2005 | 10-Jan-2006 | 3146090 19-Sep-2006 | Registered 19-Sep-2016 |

*Class(es):* 16 Int.; 41 Int.
*Client:* CONDE NAST PUBLICATIONS INC.   *Attorney(s):*
*Agent Name:* SABIN BERMANT & GOULD   *Client Ref:* VOGUE
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.   *Agent Ref:*
*Goods:* 16 - publications, namely magazines featuring fashion, style, beauty, Class 16

41 - providing online magazines featuring fashion, style and beauty, Class 41

| EEN VOGUE | T008508/ United States of America | 76/037530 01-May-2000 | | 2568246 07-May-2002 | Registered 07-May-2012 |
|---|---|---|---|---|---|

*Class(es):* 16 Int.
*Client:* CONDE NAST PUBLICATIONS INC.   *Attorney(s):*
*Agent Name:* SABIN BERMANT & GOULD   *Client Ref:* VOGUE
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.   *Agent Ref:*
*Goods:* 16 - PERIODIC PUBLICATIONS, NAMELY A FASHION AND ENTERTAINMENT MAGAZINE GEARED TOWARD A TEEN AUDIENCE

| TEEN VOGUE | T009867/ United States of America | 76/422187 17-Jun-2002 | 25-Mar-2003 | 2835164 20-Apr-2004 | Registered 20-Apr-2014 |
|---|---|---|---|---|---|

*Class(es):* 42 Int.
*Client:* CONDE NAST PUBLICATIONS INC.   *Attorney(s):*
*Agent Name:* SABIN BERMANT & GOULD   *Client Ref:* VOGUE
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.   *Agent Ref:*
*Goods:* 42 - COMPUTER SERVICES, NAMELY PROVIDING FASHION, BEAUTY AND ENTERTAINMENT INFORMATION OVER THE INTERNET

Tuesday, December 11, 2007

# Trademark List

Page: 3

| Trademark | Case Number/Subcase Country Name | Application Number/Date | Publication Number/Date | Registration Number/Date | Status Next Renewal |
|---|---|---|---|---|---|
| TEEN VOGUE FASHION LIVE | T010053/ United States of America | 76/468770 08-Nov-2002 | 12-Aug-2003 | 2914890 28-Dec-2004 | Registered 28-Dec-2014 |

*Class(es):* 41 Int.
*Client:* CONDE NAST PUBLICATIONS INC.
*Agent Name:* SABIN BERMANT & GOULD
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.
*Goods:* 41 - ENTERTAINMENT IN THE NATURE OF LIVE MUSICAL PERFORMANCES, LIVE FASHION SHOWS, LIVE DJ PERFORMANCES

*Attorney(s):*
*Client Ref:* TEEN VOGUE
*Agent Ref:*

| TEEN VOGUE FASHION U | T012069/ United States of America | 76/651319 05-Dec-2005 | 22-Aug-2006 | 3319129 23-Oct-2007 | Registered 23-Oct-2017 |

*Class(es):* 41 Int.
*Client:* CONDE NAST PUBLICATIONS INC.
*Agent Name:* SABIN BERMANT & GOULD
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.
*Goods:* 41 - educational services namely conducting seminars, courses of instruction, exhibitions, workshops and conferences in the field of fashion; entertainment services, namely arranging and conducting fashion shows

*Attorney(s):*
*Client Ref:* TEEN VOGUE
*Agent Ref:*

| TEEN VOGUE ITGIRL | T010851/ United States of America | 76/583121 24-Mar-2004 | 28-Dec-2005 | 2934621 22-Mar-2005 | Registered 22-Mar-2015 |

*Class(es):* 35 Int.
*Client:* CONDE NAST PUBLICATIONS INC.
*Agent Name:* SABIN BERMANT & GOULD
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.
*Goods:* 35 - CONDUCTING BUSINESS AND MARKET RESEARCH SURVEYS; OPINION POLLING FOR BUSINESS AND ADVERTISING PURPOSES

*Attorney(s):*
*Client Ref:* TEEN VOGUE
*Agent Ref:*

Tuesday, December 11, 2007

# Trademark List

Page: 4

| Trademark | Case Number/Subcase Country Name | Application Number/Date | Publication Number/Date | Registration Number/Date | Status Next Renewal |
|---|---|---|---|---|---|
| TEENVOGUE BACKSTAGE | T010170/ United States of America | 76/491960 13-Feb-2003 | | 2770479 30-Sep-2003 | Registered 30-Sep-2013 |

*Class(es):* 16 Int.
*Client:* CONDE NAST PUBLICATIONS INC.          *Attorney(s):*
*Agent Name:* SABIN BERMANT & GOULD                *Client Ref:* VOGUE
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.     *Agent Ref:*
*Goods:* 16 - PERIODICALLY PUBLISHED COLUMN IN A FASHION MAGAZINE

| TEENVOGUE CLICKCLIQUE | T010172/ United States of America | 76/489946 12-Feb-2003 | | 2793299 09-Dec-2003 | Registered 09-Dec-2013 |

*Class(es):* 16 Int.
*Client:* CONDE NAST PUBLICATIONS INC.          *Attorney(s):*
*Agent Name:* SABIN BERMANT & GOULD                *Client Ref:* TEEN VOGUE
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.     *Agent Ref:*
*Goods:* 16 - PERIODICALLY PUBLISHED COLUMN IN A FASHION MAGAZINE

| TEENVOGUE INSIDERPICKS | T010171/ United States of America | 76/490972 12-Feb-2003 | | 2770478 30-Sep-2003 | Registered 30-Sep-2013 |

*Class(es):* 16 Int.
*Client:* CONDE NAST PUBLICATIONS INC.          *Attorney(s):*
*Agent Name:* SABIN BERMANT & GOULD                *Client Ref:* VOGUE
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.     *Agent Ref:*
*Goods:* 16 - PERIODICALLY PUBLISHED COLUMN IN A FASHION MAGAZINE

Tuesday, December 11, 2007

# Trademark List

| Trademark | Case Number/Subcase Country Name | Application Number/Date | Publication Number/Date | Registration Number/Date | Status Next Renewal |
|---|---|---|---|---|---|
| TEENVOGUECHICCLIQUE | T011253/ United States of America | 76/641134 16-Jun-2005 | | 3134461 22-Aug-2006 | Registered 22-Aug-2016 |

*Class(es):* 16 Int.   *Attorney(s):* PAR
*Client:* CONDE NAST PUBLICATIONS INC.   *Client Ref:*
*Agent Name:* SABIN BERMANT & GOULD   *Agent Ref:*
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.
*Goods:* 16 - PERIODICALLY PUBLISHED COLUMN IN A FASHION MAGAZINE ON THE SUBJECT OF STYLE AND FASHION

| ULTRA EZ BY VOGUE(STYLIZED) | T000834/ United States of America | 74/285013 15-Jun-1992 | | 1778903 29-Jun-1993 | Registered 29-Jun-2013 |

*Class(es):* 16 Int.   *Attorney(s):*
*Client:* CONDE NAST PUBLICATIONS INC.   *Client Ref:* VOGUE
*Agent Name:* SABIN BERMANT & GOULD   *Agent Ref:*
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.
*Goods:* 16 - PAPER SEWING PATTERNS FOR MAKING CLOTHES

| V VOGUE AND DESIGN | T006530/ United States of America | 75/464249 08-Apr-1998 | 05-Jun-2001 | 2481153 28-Aug-2001 | Registered 28-Aug-2011 |

*Class(es):* 09 Int.   *Attorney(s):*
*Client:* CONDE NAST PUBLICATIONS INC.   *Client Ref:*
*Agent Name:*   *Agent Ref:*
*Owner Name:* LES PUBLICATIONS CONDE NAST S.A.
*Goods:* 09 - SUNGLASES AND FRAMES THEREFOR; SPECTACLES AND FRAMES THEREFORE; AESTHETIC EYEGLASSES AND FRAMES THEREFOR; EYEGLASSES FOR CYCLISTS, MOTOCYCLISTS, MOTORSCOOTER RIDERS, CAR DRIVERS, TENNIS PLAYERS, SKIERS, SWIMMERS, CANOEISTS, SKYDIVERS, AND FRAMES THEREFOR; FRAME LENSES, CASES AND CONTAINERS FOR EYEGLASSES

Tuesday, December 11, 2007

# Trademark List

| Trademark | Case Number/Subcase Country Name | Application Number/Date | Publication Number/Date | Registration Number/Date | Status Next Renewal |
|---|---|---|---|---|---|
| VOGUE | T000967/ United States of America | 74/099066 21-Sep-1990 | | 1659761 08-Oct-1991 | Registered 08-Jan-2011 |

*Class(es):* 18 Int.
*Client:* CONDE NAST PUBLICATIONS INC.
*Agent Name:* SABIN BERMANT & GOULD
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.
*Goods:* 18 - TOTEBAGS

*Attorney(s):*
*Client Ref:* VOGUE
*Agent Ref:*

| VOGUE | T000968/ United States of America | 73/823537 05-Sep-1989 | | 1666656 03-Dec-1991 | Registered 03-Dec-2011 |

*Class(es):* 16 Int.
*Client:* CONDE NAST PUBLICATIONS INC.
*Agent Name:* SABIN BERMANT & GOULD
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.
*Goods:* 16 - PAPER CUBE PADS,PENS,PENCIL

*Attorney(s):*
*Client Ref:* VOGUE
*Agent Ref:*

| VOGUE | T000970/ United States of America | 71/548484 31-Jan-1948 | | 504006 16-Nov-1948 | Registered 16-Nov-2008 |

*Class(es):* 16 Int.
*Client:* CONDE NAST PUBLICATIONS INC.
*Agent Name:* SABIN BERMANT & GOULD
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.
*Goods:* 16 - MAGAZINE

*Attorney(s):*
*Client Ref:* VOGUE
*Agent Ref:*

# Trademark List

| Trademark | Case Number/Subcase Country Name | Application Number/Date | Publication Number/Date | Registration Number/Date | Status Next Renewal |
|---|---|---|---|---|---|
| VOGUE | T000971/ United States of America | 71/081968 17-Oct-1914 | | 103770 13-Apr-1915 | Registered 13-Apr-2015 |

*Class(es):* 16 Int.
*Client:* CONDE NAST PUBLICATIONS INC.
*Agent Name:* SABIN BERMANT & GOULD
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.
*Goods:* 16 - PATTERNS

*Attorney(s):*
*Client Ref:* VOGUE
*Agent Ref:*

| VOGUE | T001581/ United States of America | 71/112351 26-Jul-1918 | | 125542 20-May-1919 | Registered 14-May-2009 |
|---|---|---|---|---|---|

*Class(es):* 16 Int.
*Client:* CONDE NAST PUBLICATIONS INC.
*Agent Name:* SABIN BERMANT & GOULD
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.
*Goods:* 16 - MAGAZINES

*Attorney(s):*
*Client Ref:* VOGUE
*Agent Ref:*

| VOGUE | T001473/ United States of America | 76/634388 25-Mar-2005 | 27-Dec-2005 | 3069976 21-Mar-2006 | Registered 21-Mar-2016 |
|---|---|---|---|---|---|

*Class(es):* 44 Int.; 45 Int.
*Client:* CONDE NAST PUBLICATIONS INC.
*Agent Name:* SABIN BERMANT & GOULD
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.
*Goods:* 44 - PROVIDING FASHION ABOUT BEAUTY VIA A GLOBAL COMPUTER NETWORK, CL. 44
45 - PROVIDING INFORMATION ABOUT FASHION VIA A GLOBAL COMPUTER NETWORK, CL. 45

*Attorney(s):*
*Client Ref:*
*Agent Ref:*

Tuesday, December 11, 2007

# Trademark List

| Trademark | Case Number/Subcase Country Name | Application Number/Date | Publication Number/Date | Registration Number/Date | Status Next Renewal |
|---|---|---|---|---|---|
| VOGUE (BLOCK LETTERS) | T000969/ United States of America | 73/508132 09-Nov-1984 | | 1336659 21-May-1985 | Registered 21-May-2015 |

*Class(es):* 16 Int.
*Client:* CONDE NAST PUBLICATIONS INC.
*Agent Name:* SABIN BERMANT & GOULD
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.
*Goods:* 16 - MAGAZINES
*Attorney(s):*
*Client Ref:* VOGUE
*Agent Ref:*

| VOGUE (STYLIZED) | T000972/ United States of America | 71/032106 06-Jan-1908 | | 69530 16-Jun-1908 | Registered 16-Jun-2018 |

*Class(es):* 16 Int.
*Client:* CONDE NAST PUBLICATIONS INC.
*Agent Name:* SABIN BERMANT & GOULD
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.
*Goods:* 16 - MAGAZINES
*Attorney(s):*
*Client Ref:* VOGUE
*Agent Ref:*

| VOGUE (STYLIZED) | T000579/ United States of America | 76/316168 24-Sep-2001 | 07-Jan-2003 | 2701928 01-Apr-2003 | Registered 01-Apr-2013 |

*Class(es):* 25 Int.
*Client:* CONDE NAST PUBLICATIONS INC.
*Agent Name:* SABIN BERMANT & GOULD
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.
*Goods:* 25 - CLOTHING, NAMELY T-SHIRTS AND SWEATSHIRTS

Page: 8

# Trademark List

| Trademark | Case Number/Subcase Country Name | Application Number/Date | Publication Number/Date | Registration Number/Date | Status Next Renewal |
|---|---|---|---|---|---|
| VOGUE BAMBINI | T000464/ United States of America | 74/135829 04-Feb-1991 | | 1706659 11-Aug-1992 | Registered 11-Aug-2012 |

*Class(es):* 16 Int.
*Client:* CONDE NAST PUBLICATIONS INC.
*Agent Name:* SABIN BERMANT & GOULD
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.
*Goods:* 16 - MAGAZINES DIRECTED TO CHILDRENS FASHIONS

*Attorney(s):*
*Client Ref:* VOGUE
*Agent Ref:*

| VOGUE CAREER | T001036/ United States of America | 73/758371 17-Oct-1988 | | 1615644 02-Oct-1990 | Registered 02-Oct-2010 |
|---|---|---|---|---|---|

*Class(es):* 16 Int.
*Client:* CONDE NAST PUBLICATIONS INC.
*Agent Name:* SABIN BERMANT & GOULD
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.
*Goods:* 16 - PAPER SEWING PATTERNS

*Attorney(s):*
*Client Ref:* VOGUE
*Agent Ref:*

| VOGUE COUTURE | T011947/ United States of America | 76/646702 12-Sep-2005 | 20-Sep-2006 | 3188553 26-Dec-2006 | Registered 26-Dec-2016 |
|---|---|---|---|---|---|

*Class(es):* 16 Int.
*Client:* CONDE NAST PUBLICATIONS INC.
*Agent Name:* SABIN BERMANT & GOULD
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.
*Goods:* 16 - PAPER DRESS PATTERNS

*Attorney(s):*
*Client Ref:*
*Agent Ref:*

# Trademark List

| Trademark | Case Number/Subcase Country Name | Application Number/Date | Publication Number/Date | Registration Number/Date | Status Next Renewal |
|---|---|---|---|---|---|
| VOGUE FASHION ON DEMAND | T012181/ United States of America | 76/655018 13-Feb-2006 | 03-Oct-2006 | 3303228 02-Oct-2007 | Registered 02-Oct-2017 |

*Class(es):* 38 Int.; 45 Int.
*Client:* CONDE NAST PUBLICATIONS INC.
*Agent Name:* SABIN BERMANT & GOULD
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.
*Goods:* 38 - TRANSMISSION OF VOICE, DATA, VIDEO AND INFORMATION CONTENT VIA COMPUTER NETWORKS, WIRELESS DEVICES, PDAs, MP3 PLAYERS AND OTHER DIGITAL DEVICES, CL. 38
45 - PROVIDING FASHION INFORMATION VIA THE INTERNET

*Attorney(s):*
*Client Ref:* VOGUE
*Agent Ref:*

| Trademark | Case Number/Subcase Country Name | Application Number/Date | Publication Number/Date | Registration Number/Date | Status Next Renewal |
|---|---|---|---|---|---|
| VOGUE GIOIELLO | T000466/ United States of America | 74/031356 22-Feb-1990 | | 1684413 28-Apr-1992 | Registered 28-Apr-2012 |

*Class(es):* 16 Int.
*Client:* CONDE NAST PUBLICATIONS INC.
*Agent Name:* SABIN BERMANT & GOULD
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.
*Goods:* 16 - MAGAZINES

*Attorney(s):*
*Client Ref:* VOGUE
*Agent Ref:*

| Trademark | Case Number/Subcase Country Name | Application Number/Date | Publication Number/Date | Registration Number/Date | Status Next Renewal |
|---|---|---|---|---|---|
| VOGUE HOMMES | T001991/ United States of America | 73/735564 20-Jun-1988 | | 1569604 05-Dec-1989 | Registered 05-Dec-2009 |

*Class(es):* 16 Int.
*Client:* CONDE NAST PUBLICATIONS INC.
*Agent Name:* SABIN BERMANT & GOULD
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.
*Goods:* 16 - MEN'S FASHION MAGAZINES

*Attorney(s):*
*Client Ref:* VOGUE
*Agent Ref:*

# Trademark List

| Trademark | Case Number/Subcase Country Name | Application Number/Date | Publication Number/Date | Registration Number/Date | Status Next Renewal |
|---|---|---|---|---|---|
| VOGUE HOMMES INTERNATIONAL | T012183/ United States of America | 76/655000 13-Feb-2006 | 13-Sep-2006 | 3185408 19-Dec-2006 | Registered 19-Dec-2016 |

*Class(es):* 16 Int.
*Client:* CONDE NAST PUBLICATIONS INC.          *Attorney(s):*
*Agent Name:* SABIN BERMANT & GOULD              *Client Ref:*
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.   *Agent Ref:*
*Goods:* 16 - MAGAZINE FEATURING MEN'S FASHION AND STYLE

| VOGUE KNITTING | T001993/ United States of America | 533998 10-Sep-1947 | | 501515 10-Aug-1948 | Registered 10-Aug-2008 |
|---|---|---|---|---|---|

*Class(es):* 16 Int.
*Client:* CONDE NAST PUBLICATIONS INC.          *Attorney(s):*
*Agent Name:* SABIN BERMANT & GOULD              *Client Ref:* VOGUE
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.   *Agent Ref:*
*Goods:* 16 - SEMI-ANNUAL PUBLICATION

| VOGUE NOVIAS | T000500/ United States of America | 74/276802 18-May-1992 | | 1863179 15-Nov-1994 | Registered 15-Nov-2014 |
|---|---|---|---|---|---|

*Class(es):* 16 Int.
*Client:* CONDE NAST PUBLICATIONS INC.          *Attorney(s):*
*Agent Name:* SABIN BERMANT & GOULD              *Client Ref:* VOGUE
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.   *Agent Ref:*
*Goods:* 16 - MAGAZINES PERTAINING TO WEDDINGS AND BRIDES

Tuesday, December 11, 2007

# Trademark List

| Trademark | Case Number/Subcase | Application Number/Date | Publication Number/Date | Registration Number/Date | Status Next Renewal |
|---|---|---|---|---|---|
| VOGUE PATTERNS | T001997/ United States of America | 71/206157 03-Dec-1924 | | 201144 21-Jul-1925 | Registered 21-Jul-2015 |

*Class(es):* 16 Int.
*Client:* CONDE NAST PUBLICATIONS INC.
*Agent Name:* SABIN BERMANT & GOULD
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.
*Goods:* 16 - PUBLICATION PUBLISHED EVERY TWO MONTHS

*Attorney(s):*
*Client Ref:* VOGUE
*Agent Ref:*

| Trademark | Case Number/Subcase | Application Number/Date | Publication Number/Date | Registration Number/Date | Status Next Renewal |
|---|---|---|---|---|---|
| VOGUE PELLE | T001999/ United States of America | 74/030576 20-Feb-1990 | | 1622489 13-Nov-1990 | Registered 13-Nov-2010 |

*Class(es):* 16 Int.
*Client:* CONDE NAST PUBLICATIONS INC.
*Agent Name:* SABIN BERMANT & GOULD
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.
*Goods:* 16 - FASHION MAGAZINES

*Attorney(s):*
*Client Ref:*
*Agent Ref:* VOGUE

| Trademark | Case Number/Subcase | Application Number/Date | Publication Number/Date | Registration Number/Date | Status Next Renewal |
|---|---|---|---|---|---|
| VOGUE SPOSA | T002009/ United States of America | 74/032745 26-Feb-1990 | | 1629133 25-Dec-1990 | Registered 25-Dec-2010 |

*Class(es):* 16 Int.
*Client:* CONDE NAST PUBLICATIONS INC.
*Agent Name:* SABIN BERMANT & GOULD
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.
*Goods:* 16 - MAGAZINE OF INTEREST TO BRIDES

*Attorney(s):*
*Client Ref:* VOGUE
*Agent Ref:*

Tuesday, December 11, 2007

Trademark
VOGUE.COM

# Trademark List

| Case Number/Subcase Country Name | Application Number/Date | Publication Number/Date | Registration Number/Date | Status Next Renewal |
|---|---|---|---|---|
| T009253/ United States of America | 75/980654 07-Oct-1999 | 04-Sep-2001 | 2592452 09-Jul-2002 | Registered 09-Jul-2012 |

*Class(es):* 42 Int.
*Client:* CONDE NAST PUBLICATIONS INC.
*Agent Name:* SABIN BERMANT & GOULD
*Owner Name:* ADVANCE MAGAZINE PUBLISHERS INC.
*Goods:* 42 - PROVIDING FASHION AND BEAUTY INFORMATION DISTRIBUTED OVER TELEVISION, SATELLITE, WIRELESS AND GLOBAL COMPUTER NETWORKS

*Attorney(s):*
*Client Ref:* VOGUE
*Agent Ref:*

# Report Selection

Tuesday, December 11, 2007  Record Count 37

| Date Range | | | Report Format | | Include Design. | | Goods | Image | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| Filing | Registrati | Preview before | Concise | Comprehensive | Print | Do Not Print | Print / Do Not Print | Print / Do Not | |
| From : | | | | | | | | | |
| | | | Next | To : | | Last Update | | | |

Client:
Client: by Trademark
           by Country
           by Client
           by Owner

Agent:
Country: =  US

Area:                 United States of America

Trademark: *VOGUE*

Owner:                Attorney:

Client

Status Codes:    Active
                 Active
                 Inactive
                 All

Status(es):    Registered
Status(e      Registered